**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| SHELBY COUNTY, TN JUSTICE COMISSION & COURT ADMINISTRATIONS, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:14-cv-02334-JTF-dkv |
| MALEIK ALI BEY, a/k/a MARIO M. MYERS, | ) ) ) | |
| Defendant. | ) ) ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
AND
ORDER DISMISSING CASE**

Before the Court is Defendant Maleik Ali Bey a/k/a Mario M. Myers' Notice of Removal of his Indictment, *State of Tennessee v. Mario Myers* No. 13-06304, for Aggravated Assault, Reckless Endangerment, Intentionally Evading Arrest in a Motor Vehicle, and Domestic Assault. (Def.'s Not. Removal, May 7, 2014, ECF No. 1). On May 8, 2014, the Clerk referred the Case to Magistrate Judge Diane K. Vescovo. On June 6, 2014, the Magistrate entered her Report and Recommendation, recommending that the case be dismissed *sua sponte* for lack of subject matter jurisdiction and remanded to the Criminal Court of Shelby County, pursuant to 28 U.S.C. §§ 1447 and 1455. (Report & Recommendation, ECF No. 6). No objections were filed.

After reviewing the Magistrate Judge's Report and Recommendation, Defendant's Notice of Removal, and the Indictment contained therein, the Court hereby ADOPTS the Magistrate's Report and Recommendation.

IT IS THEREFORE ORDERED that this case is DISMISSED and REMANDED to the

Criminal Court of Shelby County.

IT IS SO ORDERED this 23rd day of June, 2014.

BY THIS COURT:

***s/John T. Fowlkes, Jr.***
JOHN T. FOWLKES, JR.
United States District Judge